

**The relief described hereinbelow is SO ORDERED.**

**Signed April 05, 2018.**

_____
**Ronald B. King**
**Chief United States Bankruptcy Judge**

Shawn K. Brady
BRADY LAW FIRM, PLLC
6351 Preston Road, Suite 160
Frisco, Texas 75034
(972) 424-7200 Telephone
(972) 424-7244 Facsimile

Attorney for 21st Mortgage Corporation

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 18-50015 |
| | § | |
| ANASTACIO DELACRUZ, | § | CHAPTER 13 |
| | § | |
| Debtor. | § | |

### ORDER GRANTING MOTION FOR CONTINUANCE OF HEARING ON TRUSTEE'S OBJECTION TO CLAIM OF 21ST MORTGAGE CORPORATION

On this day came on for consideration the Motion filed by 21st Mortgage Corporation "Movant" requesting a continuance on the hearing on Trustee's Objection to Claim of 21st Mortgage Corporation. The Court, having considered the motion determines the motion should be

ORDER GRANTING MOTION FOR CONTINUANCE - PAGE 1
21STMORT\PLDGS\2100.(3)MFC.ORD(Western)\SRG

granted.  It is therefore,

**ORDERED, ADJUDGED, and DECREED** that the hearing on Trustee's Objection to

Claim of 21st Mortgage Corporation is continued until **05/03/18 @1:30pm in Courtroom #1, 3rd Floor, 615 E. Houston Street, San Antonio, Texas.**  Mr. Brady shall be responsible for notice.

###
BRADY LAW FIRM, PLLC
Shawn K. Brady
6351 Preston Road, Suite 160
Frisco, Texas 75034
(972) 424-7200 Telephone
(972) 424-7244 Facsimile
sbrady@brady-law-firm.com